

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWSHAWNA RICH, et vir., | § | |
| KEITH RICH | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | NO. 3:96-CV-2141-P |
| | § | |
| WESTCOTT COMMUNICATIONS, INC., | § | |
| CARL WESTCOTT, MICHAEL STACY | § | |
| ROBERT JOHNSTON, and | § | |
| JAMES ELDERS, III | § | |
| | § | |
| Defendants. | § | |

**ENTERED ON DOCKET**
JAN 0 6 1998 _____PURSUANT
TO F. R. C. P. RULES
58 AND 79a

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order filed December 19, 1997, the

Court issues judgment as follows:

**It is ORDERED ADJUDGED and DECREED that,**

Plaintiffs take nothing of their claims against defendants Westcott Communications,

Inc., Carl Westcott, Michael Stacy, and Robert Johnson.

Plaintiff Lawshawna Rich, take nothing from her Title VII claims against defendant

James Elders, III.

Plaintiffs' remaining state law claims against James Elders, III are remanded to the

160th Judicial District Court of Dallas County, Texas for disposition.

Accordingly, all costs incurred by defendants, Westcott Communications, Inc., Carl

Westcott, Michael Stacy and Robert Johnston shall be assessed against the plaintiffs.

**FINAL JUDGMENT**

79

**IT IS SO ORDERED.**

Signed this ⟍5th⟋ day of January, 1998 at Dallas, Texas.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

**FINAL JUDGMENT**